1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff
6   MARY ANTOINETTE CONOVER

**Filed**

JUN 1 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

ADR

Paid
$
90

7

8                   **IN THE UNITED STATES DISTRICT COURT**
9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
10

11   MARY ANTOINETTE CONOVER,          Case No. CV 12-03015

12                        Plaintiff,   **COMPLAINT**

13        v.                           **DEMAND FOR JURY TRIAL**

14   HUNT & HENRIQUES, a general       15 United States Code § 1692 *et seq.*
     partnership, MICHAEL SCOTT HUNT,
15   individually and in his official capacity, and
     JANALIE ANN HENRIQUES, individually                                   **HRL**
16   and in her official capacity,

17                        Defendants.

18        Plaintiff, MARY ANTOINETTE CONOVER, based on information and belief and

19   investigation of counsel, except for those allegations which pertain to the named Plaintiff or her

20   attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

21

22                              **I. INTRODUCTION**

23        1.    This is an action for statutory damages, attorney fees and costs brought by an

24   individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

25   1692, *et seq.* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive,

26   deceptive and unfair practices.

27   ///

28

                                       - 1 -
                                     COMPLAINT

2.    According to 15 U.S.C. § 1692:

a.    There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

b.    Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

c.    Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d.    Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

e.    It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3.    Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

4.    This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## III. VENUE

5.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a

1   substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

2   Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendants

3   transact business in this judicial district and the violations of the FDCPA complained of occurred in this

4   judicial district.

5

6                          **IV. INTRADISTRICT ASSIGNMENT**

7          6.    This lawsuit should be assigned to the San Jose Division of this Court because a

8   substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara

9   County.

10                                    **V. PARTIES**

11

12         7.    Plaintiff, MARY ANTOINETTE CONOVER (hereinafter "Plaintiff"), is a natural

13  person residing in Santa Clara County, California.  Plaintiff is a "consumer" within the meaning of 15

14  U.S.C. § 1692a(3) and a "senior citizen" within the meaning of Cal. Civil Code § 1761(f).

15         8.    Plaintiff is informed and believes, and thereon alleges that Defendant, HUNT &

16  HENRIQUES (hereinafter "H&H"), is or was at all relevant times, a general partnership engaged in the

17  business of collecting debts in this state with its principal place of business located at: 151 Bernal Road,

18  Suite 8, San Jose, California  95119-1306.  H&H may be served as follows: Hunt & Henriques, c/o

19  Michael Scott Hunt, General Partner, 151 Bernal Road, Suite 8, San Jose, California 95119-1306 and as

20  follows:  Hunt & Henriques, c/o Janalie Ann Henriques, General Partner, 151 Bernal Road, Suite 8, San

21  Jose, California 95119-1306.  The principal business of H&H is the collection of debts using the mails

22  and telephone, and H&H regularly attempts to collect debts alleged to be due another.  H&H is a "debt

23  collector" within the meaning of 15 U.S.C. § 1692a(6).

24         9.    Defendant, MICHAEL SCOTT HUNT (hereinafter "HUNT"), is a natural person

25

26  and licensed attorney in the state of California.  HUNT may be served at his current business address at:

27

28

1  Michael Scott Hunt, Hunt & Henriques, 151 Bernal Road, Suite 8, San Jose, California 95119-1306.

2  HUNT is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

3          10.     Defendant, JANALIE ANN HENRIQUES (hereinafter "HENRIQUES"), is a

4  natural person and licensed attorney in the state of California. HENRIQUES may be served at her

5

6  current business address at: Janalie Ann Henriques, Hunt & Henriques, 151 Bernal Road, Suite 8, San

7  Jose, California 95119-1306. HENRIQUES is a "debt collector" within the meaning of 15 U.S.C. §

8  1692a(6).

9          11.     At all times herein mentioned, each of the Defendants was an officer, director,

10

11  agent, servant, employee and/or joint venturer of his co-defendants, and each of them, and at all said

12  times, each Defendant was acting in the full course and scope of said office, directorship, agency,

13  service, employment and/or joint venture. Any reference hereafter to "Defendants" without further

14  qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

15                          **VI. FACTUAL ALLEGATIONS**

16          12.     On a date or dates unknown to Plaintiff, Plaintiff incurred a financial obligation,

17

18  namely a consumer credit account issued by Citibank (South Dakota), N.A. (hereinafter "the debt").

19  The debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as

20  that term is defined by 15 U.S.C. § 1692a(5).

21          13.     Plaintiff is informed and believes, and thereon alleges, that sometime thereafter on

22

23  a date unknown to Plaintiff, the debt was placed, assigned or otherwise transferred to Defendants for

24  collection from Plaintiff.

25          14.     Thereafter, Defendants sent a collection letter (Exhibit "A") dated October 21,

26  2010, to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by

27  15 U.S.C. § 1692a(2).

28

---
- 4 -
COMPLAINT

1         15.    A true and accurate copy of the collection letter dated October 21, 2010, from

2    Defendants to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated

3    herein.

4         16.    The collection letter (Exhibit "1") was the first written communication from

5    

6    Defendants to Plaintiff in connection with the collection of the alleged debt.

7         17.    On or about November 9, 2010, Plaintiff's counsel, Fred W. Schwinn of the

8    Consumer Law Center, Inc., sent a letter to Defendants via facsimile which stated in relevant part:

9    
> Please be advised that the consumer debtor in the matter referenced above has retained
> the services of the Consumer Law Center, Inc., to assist in this matter. The purpose of
> this letter is to provide you with written notice in your capacity as a creditor, collection
> agent, or collection attorney that this consumer debtor, now our client, is in fact and in
> law REPRESENTED BY AN ATTORNEY. As a result of this notice, and pursuant to
> Sections 1692b(6) and 1692c(a)(2) of Title 15 of the United States Code and Section
> 1788.14(c) of the California Civil Code, you are to immediately terminate any further
> direct or indirect contacts with our client. Please note that such prohibited contacts
> include, but are not limited to, all forms of communication by letter, phone, fax, email or
> any other means. This also includes any contact directly or indirectly with any
> employer, family member, friend, or other creditor of our client.
>
>      . . .
>
> Upon receipt of this letter, any future direct or indirect contacts with our client will result
> in our office filing a claim against you under the Federal Fair Debt Collection Act, the
> California Civil Code, and any other available and applicable state or federal laws. If it
> becomes necessary to file any and all such claims, then please be advised and take due
> notice that our client will be seeking actual damages, statutory damages, court costs, and
> our reasonable attorney fees based on our hourly rate of $350.00. You are also hereby
> placed on notice that if unlawful and illegal conduct persists or is egregious, then our
> client will also seek an award of punitive damages as may be determined at the
> discretion of the Court.
>
> Based on the foregoing, any further communications concerning our client and/or the
> subject debt must be directed to the Consumer Law Center, Inc. Be advised that any
> request for information will be addressed in a reasonable time period.
>
>      . . .
>
> Finally, please note that our client is a senior citizen and any further collection
> communications will cause her undue stress and anxiety. See Cal. Civil Code § 3345.

     18.    A true and accurate copy of Plaintiff's counsel's November 9, 2010,

representation letter is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

19.     A Memory Transmission Report attached as the last page of Exhibit "2" verifies that the 4 page document was transmitted to facsimile machine 362-2299 on November 9, 2010, and that said transmission was completed and that all pages were received and that the Memory Transmission Report was generated which confirmed said transmission and receipt.

20.     Plaintiff is informed and believes, and thereon alleges that Defendants had actual knowledge that Plaintiff was represented by an attorney with regard to the debt owed to Citibank (South Dakota), N.A., on November 9, 2010.

21.     Plaintiff is informed and believes, and thereon alleges that Defendants had actual knowledge that Plaintiff was a senior citizen on November 9, 2010.

22.     After receiving Plaintiff's counsel's letter notifying Defendants of Plaintiff's representation by an attorney (Exhibit "2"), Defendants continued to communicate directly with Plaintiff in an attempt to collect the alleged debt.

23.     On or about June 14, 2011, Defendants sent a second collection letter (Exhibit "3") directly to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

24.     A true and accurate copy of the second collection letter from Defendants to Plaintiff is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

25.     The second collection letter (Exhibit "3") is dated June 10, 2011.

26.     The second collection letter (Exhibit "3") was sent in an envelope on which a postage meter stamp dated June 14, 2011, was imprinted.

27.     Plaintiff is informed and believes, and thereon alleges that Defendants deposited the envelope containing the second collection letter (Exhibit "3") in the United States Mail on or about June 14, 2011.

1    28.    As a senior citizen subjected to Defendants' abusive, deceptive and unfair

2  collection practices, Plaintiff is entitled to treble damages pursuant to Cal. Civil Code § 3345.

3                                    **VII. CLAIMS**

4                      **FAIR DEBT COLLECTION PRACTICES ACT**

5

6    29.    Plaintiff brings the first claim for relief against Defendants under the Fair Debt

7  Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

8    30.    Plaintiff incorporates all paragraphs in this Complaint as though fully set forth

9  herein.

10   31.    Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. §

11

12  1692a(3).

13   32.    Defendant, H&H, is a "debt collector" as that term is defined by the FDCPA, 15

14  U.S.C. § 1692a(6).

15   33.    Defendant, HUNT, is a "debt collector" as that term is defined by the FDCPA, 15

16

17  U.S.C. § 1692a(6).

18   34.    Defendant, HENRIQUES, is a "debt collector" as that term is defined by the

19  FDCPA, 15 U.S.C. § 1692a(6).

20   35.    The financial obligation owed by Plaintiff is a "debt" as that term is defined by the

21  FDCPA, 15 U.S.C. § 1692a(5).

22   36.    Defendants have violated the FDCPA. The violations include, but are not limited

23

24  to, the following:

25           a.    Defendants continued to communicate directly with Plaintiff regarding the

26        collection of the debt owed to Capital One Bank (USA), N.A., after Defendants knew that

27        Plaintiff was represented by an attorney with respect to the debt being collected, in violation of

28

1    15 U.S.C. § 1692c(a)(2).

2          37.    Defendants' acts as described above were done intentionally with the purpose of

3 coercing Plaintiff to pay the debt.

4          38.    As a result of Defendants' violations of the FDCPA, Plaintiff is entitled to an

5  

6 award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

7                    **VIII. REQUEST FOR RELIEF**

8 Plaintiff requests that this Court:

9      a)   Assume jurisdiction in this proceeding;

10      b)   Declare that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §

11  

12           1692c(a)(2);

13      c)   Award Plaintiff statutory damages in an amount not exceeding $1,000, pursuant to 15

14           U.S.C. § 1692k(a)(2)(A);

15      d)   Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15

16           U.S.C. § 1692k(a)(3);

17  

18      e)   Award Plaintiff treble damages pursuant to Cal. Civil Code § 3345; and

19      f)   Award Plaintiff such other and further relief as may be just and proper.

20                         oo0oo

21

22

23

24

25

26

27

28

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARY ANTOINETTE CONOVER

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

parties, there is no such interest to report.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MARY ANTOINETTE CONOVER, hereby demands a

trial by jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

TELEPHONE(800) 496-5048

P19UOU00202355 l02360
S-SFHUHE10 L-DD0000H1 A-621125.001
MARY A CONOVER
457 MILL POND DR
SAN JOSE CA 95125-1408

MICHAEL S. HUNT
JANALIE HENRIQUES

October 21, 2010

RE: CITIBANK (SOUTH DAKOTA) N.A. / CITI MASTERCARD
    Account Number: 5424180720024618
    Balance due as of October 21, 2010: $18,661.19

Our client, CITIBANK (SOUTH DAKOTA) N.A., has engaged this law firm to make demand for payment in full on your account referenced above. Your account is in default and has been closed, and formal demand is now being made for the entire outstanding balance. As of the date of this letter, your total debt is $18,661.19.

If you want to resolve this matter, you may pay the outstanding balance stated above to satisfy your account or contact us at 1(800) 496-5048 and arrange a payment plan that is acceptable to our client.

Our client considers this to be a serious matter. A legal proceeding is a matter of public record. If a lawsuit is filed, the local court could enter a judgment against you for the entire balance of your account plus, to the extent provided in your account agreement and permitted by law, attorney's fees, court costs.

**Federal law gives you 30 days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the validity of the debt, or any part of it, within that period, we will assume that the debt is valid. If you dispute the debt, or any part of it, in writing - by mailing a notice to this firm to that effect on or before the 30th day following the date you receive this letter - we will obtain and mail to you proof (verification) of the debt. And if, within the same period, you request in writing the name and address of the original creditor (if different from our client), we will furnish you with that information too. Upon receipt of your written dispute, all efforts to collect this debt will be suspended until we mail any required information to you. Our client will wait until sufficient time has elapsed for this firm to be able to receive a written notice of dispute from you - even if you mail it on the 30th day following the date you receive this letter - before authorizing us to file suit against you to collect this debt.**

**The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person, to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (1-877-382-4357) or www.ftc.gov.**

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

You may contact us toll free at 1(800) 496-5048.

Very truly yours,

Michael S. Hunt
Janalie Henriques
HUNT & HENRIQUES

**EXHIBIT**

**1**

The above attorney personally requested this letter be sent after he/she reviewed relevant portions of our file for the limited purpose of sending this letter.

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED

P19UOU0202355 I02360
S-SFHUHE10 L-DD00000H1 A-621125.001
MARY A CONOVER
457 MILL POND DR
SAN JOSE CA 95125-1408



PRESORTED
FIRST-CLASS

DATA-PAC

US POSTAGE $00.36°
OCT 28 2010
ZIP 45658
0001 10.50028

# Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 408-362-2299

To:               Janalie Henriques
of:               Hunt & Henriques
From:             Fred W. Schwinn
Client/Matter:    Mary Conover
                  457 Millpond Drive
                  San Jose, CA 95125
Date:             November 9, 2010

| DOCUMENTS | NUMBER OF PAGES* |
|-----------|------------------|
| Letter with attachment | 3 |
|  |  |
|  |  |
|  |  |

COMMENTS:
Original will NOT follow.

EXHIBIT
*2*

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US
IMMEDIATELY AT (408) 294-6100.

Fred W. Schwinn
fred.schwinn@sjconsumerlaw.com
Raeon R. Roulston
raeon.roulston@sjconsumerlaw.com

# CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, CA  95113-2418

(408) 294-6100
Fax (408) 294-6190
www.sjconsumerlaw.com

Via Fax to: 408-362-2299

November 9, 2010

Janalie Henriques
Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

In the Matter of:       Mary Conover
                        457 Millpond Drive
                        San Jose, CA  95125

Your Account or File No(s).: Citibank (South Dakota) N.A./Citi Mastercard
                             5424-1807-2002-4618

Dear Ms. Henriques:

I have attached a copy of your most recent correspondence for your reference.  Please be advised that
the consumer debtor in the matter referenced above has retained the services of the Consumer Law
Center, Inc., to assist in this matter.  The purpose of this letter is two-fold.  First, I wish to provide you
with written notice in your capacity as a creditor, collection agent, or collection attorney that this
consumer debtor, now our client, is in fact and in law REPRESENTED BY AN ATTORNEY.  As a
result of this notice, and pursuant to Sections 1692b(6) and 1692c(a)(2) of Title 15 of the United States
Code and Section 1788.14(c) of the California Civil Code, you are to immediately terminate any
further direct or indirect contacts with our client.  Please note that such prohibited contacts include, but
are not limited to, all forms of communication by letter, phone, fax, email or any other means.  This
also includes any contact directly or indirectly with any employer, family member, friend, or other
creditor of our client.

Second, this letter is intended to dissuade your firm from filing a lawsuit against our client and
reducing the amount that is allegedly owed to a judgment.  Should you choose to file a lawsuit against
our client in this matter, please be advised that I have reviewed with our client the list of California
exemptions provided by the Judicial Council of California and I have determined that our client owns
no property that could be subject to attachment or levy.   Furthermore, our client's only source of
income is Social Security and pension benefits which are likewise exempt under both state and federal
law.  Our client is therefore "judgment proof."  Should you decide to reduce the amount allegedly owed
to a judgment, it will remain uncollectible.

Upon receipt of this letter, any future direct or indirect contacts with our client will result in our office
filing a claim against you under the Federal Fair Debt Collection Act, the California Civil Code, and
any other available and applicable state or federal laws.  If it becomes necessary to file any and all such

- 1 -

claims, then please be advised and take due notice that our client will be seeking actual damages, statutory damages, court costs, and our reasonable attorney fees based on our hourly rate of $ 350.00. You are also hereby placed on notice that if unlawful and illegal conduct persists or is egregious, then our client will also seek an award of punitive damages as may be determined at the discretion of the Court.

Based on the foregoing, any further communications concerning our client and/or the subject debt must be directed to the Consumer Law Center, Inc. Be advised that any request for information will be addressed in a reasonable time period.

Until advised otherwise, you should mark this matter as "disputed" pursuant to U.S.C. §§ 1692e(8) and 1692g(b). I anticipate your cooperation herein.

Finally, please note that our client is a senior citizen and any further collection communications will cause her undue stress and anxiety. See Cal. Civil Code § 3345.

Very Truly Yours,

Fred W. Schwinn, Esq.

- 2 -

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED

**HUNT & HENRIQUES**
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

TELEPHONE(800) 496-5048

P19UOU00202355 I02360
S-SFHUHE10 L-DD0000H1 A-621125.001
MARY A CONOVER
457 MILL POND DR
SAN JOSE CA 95125-1408

MICHAEL S. HUNT
JANALIE HENRIQUES

October 21, 2010

RE: CITIBANK (SOUTH DAKOTA) N.A. / CITI MASTERCARD
    Account Number: 5424180720024618
    Balance due as of October 21, 2010: $18,661.19

Our client, CITIBANK (SOUTH DAKOTA) N.A., has engaged this law firm to make demand for payment in full on your account referenced above. Your account is in default and has been closed, and formal demand is now being made for the entire outstanding balance. As of the date of this letter, your total debt is $18,661.19.

If you want to resolve this matter, you may pay the outstanding balance stated above to satisfy your account or contact us at 1(800) 496-5048 and arrange a payment plan that is acceptable to our client.

Our client considers this to be a serious matter. A legal proceeding is a matter of public record. If a lawsuit is filed, the local court could enter a judgment against you for the entire balance of your account plus, to the extent provided in your account agreement and permitted by law, attorney's fees, court costs.

**Federal law gives you 30 days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the validity of the debt, or any part of it, within that period, we will assume that the debt is valid. If you dispute the debt, or any part of it, in writing - by mailing a notice to this firm to that effect on or before the 30th day following the date you receive this letter - we will obtain and mail to you proof (verification) of the debt. And if, within the same period, you request in writing the name and address of the original creditor (if different from our client), we will furnish you with that information too. Upon receipt of your written dispute, all efforts to collect this debt will be suspended until we mail any required information to you. Our client will wait until sufficient time has elapsed for this firm to be able to receive a written notice of dispute from you - even if you mail it on the 30th day following the date you receive this letter - before authorizing us to file suit against you to collect this debt.**

**The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person, to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (1-877-382-4357) or www.ftc.gov.**

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

You may contact us toll free at 1(800) 496-5048.

Very truly yours,

Michael S. Hunt
Janalie Henriques
HUNT & HENRIQUES

The above attorney personally requested this letter be sent after he/she reviewed relevant portions of our file for the limited purpose of sending this letter.

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | :11-09-'10 16:55 |
| FAX NO.1 | :408-294-6190 |
| NAME | :Consumer Law Center |

| | | |
|---|---|---|
| FILE NO. | : | 604 |
| DATE | : | 11.09 16:52 |
| TO | : | ☎3622299 |
| DOCUMENT PAGES | : | 4 |
| START TIME | : | 11.09 16:52 |
| END TIME | : | 11.09 16:55 |
| PAGES SENT | : | 4 |
| STATUS | : | OK |

***    SUCCESSFUL TX NOTICE    ***

**Consumer Law Center, Inc.**
12 South First Street, Suite 1014
San Jose, CA. 95113-2418
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 408-362-2299

| | |
|---|---|
| To: | Jannie Henriques |
| of: | Hunt & Henriques |
| From: | Fred W. Schwinn |
| Client/Matter: | Mary Conover |
| | 457 Millpond Drive |
| | San Jose, CA 95125 |
| Date: | November 9, 2010 |

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter with attachment | 3 |
| | |
| | |
| | |

COMMENTS:
Original will NOT follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney-work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (408) 294-6100.

**HUNT & HENRIQUES**

MICHAEL S. HUNT
JANALIE HENRIQUES

ATTORNEYS AT LAW
151 BERNAL ROAD SUITE 8
SAN JOSÉ CALIFORNIA 95119-1306

AREA CODE 408
TELEPHONE 362-2270
FACSIMILE 362-2299

June 10, 2011

Mary A Conover
457 Mill Pond Dr
San Jose CA 95125-1408

Re:   CITIBANK (SOUTH DAKOTA) N.A. / Mary A Conover
      Account Number: 5424180720024618

Dear Mary A Conover,

Your recent correspondence has been forwarded to me for response.

Enclosed find the following account documents:

1. Account Statements from: July 16, 2010 through September 16, 2010.

Having provided the aforementioned documents to you we will proceed with collection activity.

Yours truly,

Michael S. Hunt
Hunt & Henriques



EXHIBIT

3

U.S. POSTAGE
$00.44

SAN JOSE CA 95119

JUN 14 2011 00440 016944
FP0594770 JMC01 29EC560E

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CALIFORNIA 95119-1306

Mary A Conover

457 Mill Pond Dr

San Jose CA 95125-1408

95125+1408